UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS T REUM SR,

               Plaintiff,

  v.

STATE OF WASHINGTON,

               Defendants.

Case No. C23-5074 DGE

ORDER

    Plaintiff's application to proceed *in forma pauperis* (Dkt. 13) is GRANTED. Plaintiff does not appear to have funds available to afford the $402.00 Court filing fee.

    Plaintiff previously filed a Motion for and Affidavit in Support of Motion to Waive Fees at Law and in Admiralty. Dkt. 7. Given that plaintiff subsequently filed a proper *in forma pauperis* application (Dkts. 13, 14), the Court DENIES plaintiff's motion to waive fees at law and in admiralty as moot.

Dated this 16th day of March, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 1