UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARCUS T. REUM, SR., <br><br> Plaintiff, <br> v. <br><br> STATE OF WASHINGTON et al., <br><br> Defendant. | CASE NO. 3:23-cv-05074-DGE <br><br> ORDER TO SHOW CAUSE |

On January 27, 2023, Plaintiff filed a motion for an "emergency temporary custody order." (Dkt. No. 1.)  The Court construed Plaintiff's motion as a request for a temporary restraining order ("TRO").  On February 3, 2023, the Court denied Plaintiff's motion, which made meritless arguments, challenged state court claims over which the Court likely would not have jurisdiction, and raised arguments concerning state court claims previously dismissed by this Court and other federal courts.  (Dkt. No. 5.)

On February 24, 2023, Plaintiff filed a motion for default judgment.  (Dkt. No. 8.)  On April 10, 2023, the Court denied Plaintiff's motion, finding Plaintiff had not filed a complaint

ORDER TO SHOW CAUSE - 1

that could be served upon Defendants. (Dkt. No. 16.) The Court also found Plaintiff's motion raised substantially the same arguments raised in his motion for a temporary restraining order. (*Id.*)

In the nearly three months since the Court's order on Plaintiff's motion for default judgment, Plaintiff has not filed a complaint or taken other action to move his case forward. Accordingly, Plaintiff is ordered to show cause, no later than **July 13, 2023** why this case should not be dismissed for failure to prosecute.

Dated this 6th day of July, 2023.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2